# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI,<br><br>           Plaintiff,<br><br>    v.<br><br>BRAWLEY INSURANCE<br>SERVICES, Inc.,<br><br>           Defendant. | 1:11cv1889 AWI BAM<br><br>ORDER GRANTING APPLICATION<br>TO PROCEED IN FORMA PAUPERIS |

Plaintiff Karima K. Ali, appearing pro se, filed the instant complaint on November 14, 2011. On November 14, 2011, Plaintiff also submitted an application to proceed in forma pauperis. A review of the application reveals that Plaintiff is entitled to proceed in forma pauperis and her application is therefore GRANTED.

Plaintiff is advised that pursuant to 28 U.S.C. § 1915(e)(2), the court will screen her complaint. The Court may dismiss Plaintiff's complaint or a portion thereof if the court determines that the action is legally "frivolous or malicious," fails to state a claim upon which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915(e)(2); *see also Omar v. Sea-Land Service, Inc.*, 813 F.2d 986, 991 (9th Cir. 1987); *Wong v. Bell*, 642 F.2d 359, 361-62 (9th Cir. 1981).

IT IS SO ORDERED.

Dated:   **November 21, 2011**            /s/ **Barbara A. McAuliffe**
                                            UNITED STATES MAGISTRATE JUDGE

1