IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARIMA K. ALI,<br><br>   Plaintiff,<br><br>   vs.<br><br>INTEGRATED BENEFITS ADMINISTRATORS, INC.,<br><br>   Defendants.<br>_____/ | CASE NO. CV F 11-1889 LJO BAM<br><br>**ORDER TO DISMISS ACTION AGAINST CERTAIN DEFENDANTS**<br>(Doc. 6.) |

Based on plaintiff's notice of voluntary dismissal under F.R.Civ.P. 41(a)(1)(A)(i), this Court DISMISSES with prejudice this action against Integrated Benefits Administrators, Inc., Agent Pipeline, Inc., Ryan Kimble, and Bobby Lemasters. The clerk is directed not to close this action.

IT IS SO ORDERED.

**Dated:   January 23, 2012**                    /s/ Lawrence J. O'Neill
                                                                UNITED STATES DISTRICT JUDGE

1